IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAXX A. GUEVARA,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

ORDER

26-cv-358-wmc

---

Pursuant to a joint motion for remand (dkt. #15) filed by the parties on November 6, 2026, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 6th day of November, 2026.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge